

UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY

**Plaintiff**
JON KOONES

vs

**Defendant**
YOTAM KEHATI

DOCKET NO. 2:22-CV-06575

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

Cost of Service pursuant to R4:4-30

$ _____

**Person to be served:** YOTAM KEHATI

**Address:**
TREND MANUFACTURING
440 EAGLE ROCK AVENUE
ROSELAND NJ 07068

**Attorney:**
DRESSEL/MALIKSCHMITT
11 EAST CLIFF STREET GROUND FLOOR
SOMERVILLE NJ 08876

**Papers Served:**
SUMMONS & CIVIL COMPLAINT; EXHIBIT A

---

**Service Data:**

Served Successfully **X**    Not Served ____   Date: **1-6-23**   Time: **10:45 AM**   Attempts: ____

**X** Delivered a copy to him/her personally

____ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

____ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship/title:
**YOTAM Kehati personally**

**Description of Person Accepting Service:**

| Age: | Height: | Weight: | Hair: | Sex: | Race: |
|---|---|---|---|---|---|
| 38 | 5'6 | 145 | Black | Male | Middle-Eastern |

**Non-Served:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____   Date _____   Time _____
                                  Date _____   Time _____
                                  Date _____   Time _____
( ) Other: _____   Comments or Remarks _____

---

Subscribed and Sworn to me this 17th day of Jan 2023

*Patricia Knapp*
Notary Signature

I, JOHN KRATZ, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

*John Kratz*   1-7-23
Signature of Process Server   Date

---

**PATRICIA KNAPP**
Notary Public, State of New Jersey
Commission # 2447530
My Commission Expires 06/25/2024

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No. 617771

File No. 2:22-CV-06575

Case 2:22-cv-06575-JMV-LDW   Document 3   Filed 11/14/22   Page 1 of 2 PageID: 9

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

JON KOONES,
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

YOTAM KEHATI,
*Defendant*

CASE NUMBER: **2:22-CV-06575-JMV-LDW**

TO: *(Name and address of Defendant):*

Yotam Kehati

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew Dressel
11 East Cliff Street
Somerville, NJ 08876

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/ WILLIAM T. WALSH
CLERK



ISSUED ON 2022-11-14 13:39:25, Clerk
USDC NJD