**Avram E. Frisch, Esq. (AF-0187)**
**The Law Office of Avram E. Frisch LLC**
1 University Plaza, Suite 119
Hackensack, NJ 07601
(201) 289-5352
frischa@avifrischlaw.com
Attorney for Defendant, Yotam Kehati

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

-------------------------------------------------------------- x
Jon Koones
Plaintiff

                                                   Civil Action No. 2:22-cv-06575-JMV-LDW

v.

Yotam Kehati                              **MOTION TO DISMISS FOR LACK**
Defendant                                 **OF SUBJECT MATTER**
-------------------------------------------------------------- x   **JURISDICTION**

Defendant, Yotam Kehati moves the Honorable John Michael Vazquez, U.S.D.J. on

February 21, 2023 to dismiss the complaint for lack of subject matter jurisdiction

pursuant to R. 12(b)(1) and for such other relief as the Court deems just and proper.

                                          Respectfully submitted,


                                          THE LAW OFFICE OF AVRAM E. FRISCH LLC
                                          *Attorney for plaintiff*


                                          By:/s/ Avram E. Frisch_____
Dated: January 19, 2023                 Avram E. Frisch, Esq.