Avram E. Frisch, Esq.
The Law Office of Avram E. Frisch LLC
1 University Plaza, Suite 119
Hackensack, NJ 07601
201-289-5352
frischa@avifrischlaw.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

------------------------------------------------------------- x

**JON KOONES**

                    Plaintiff,

      - against -

**YOTAM KEHATI**

                    Defendant.

Docket No. 2:22-cv-06575-JMV-LDW

**CERTIFICATION OF YOTAM KEHATI IN SUPPORT OF THE MOTION**

------------------------------------------------------------- x

Pursuant to 28 U.S.C. § 1746, I, Yotam Kehati, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am the Defendant in this action and make this certification in support of my motion for lack of subject matter jurisdiction.

2. While I currently rent an apartment in Manhattan, I am domiciled in New Jersey.

3. I grew up in Closter, New Jersey and my family home was 6 Westervelt Avenue in Closter. I reside in Closter, primarily, during the week and go to Manhattan for weekends.

4. My father died a few years ago, and my sister lives in Haworth, which borders Closter. The family home is still held in the estate of my father. My mother lives in the area as well. I am very close with my family, and want to remain in close proximity with them.

5. Further, this home is one to which I have a deep emotional attachment. It is the one place that I know I can always go. It was my permanent home from my childhood, and I have never established a permanent place since that time.

6. My driver's license is at 6 Westervelt Avenue.

7. When I am between places, I return to 6 Westervelt Avenue.

8. The rental apartment in Manhattan is an apartment that I occupy, but is not my permanent home. I do not intend to remain there forever, and my driver's license and important mail are still sent to the house in Closter. I have had several rental apartments over the years, but my home in Closter is the place that I know that I can return to, and often do return to in between other apartments.

9. Rather, I like to be in Manhattan for weekends and other times when I am not working.

10. For these reasons, I continue to be domiciled in Closter, as I have never changed my domicile.

11. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 23, 2023.

*yotam kehati*
yotam kehati (Jan 23, 2023 15:26 EST)

Yotam Kehati

# DNJ Declaration of Client for 23-01-19

Final Audit Report 2023-01-23

| | |
|---|---|
| Created: | 2023-01-23 |
| By: | Avi Frisch (frischa@avifrischlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAtfi_YDCL_KBEwVZS9xGn5O3MXIKgaK2W |

## "DNJ Declaration of Client for 23-01-19" History

- Document created by Avi Frisch (frischa@avifrischlaw.com)
  2023-01-23 - 7:55:37 PM GMT- IP address: 20.36.220.138

- Document emailed to yk@yotam.com for signature
  2023-01-23 - 7:55:56 PM GMT

- Email viewed by yk@yotam.com
  2023-01-23 - 7:57:13 PM GMT- IP address: 66.102.8.191

- Signer yk@yotam.com entered name at signing as yotam kehati
  2023-01-23 - 8:26:52 PM GMT- IP address: 207.237.107.247

- Document e-signed by yotam kehati (yk@yotam.com)
  Signature Date: 2023-01-23 - 8:26:54 PM GMT - Time Source: server- IP address: 207.237.107.247

- Agreement completed.
  2023-01-23 - 8:26:54 PM GMT

THE LAW OFFICE OF AVRAM E. FRISCH LLC    Powered by Adobe Acrobat Sign