Avram E. Frisch, Esq.
The Law Office of Avram E. Frisch LLC
1 University Plaza, Suite 119
Hackensack, NJ 07601
201-289-5352
frischa@avifrischlaw.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

--------------------------------------------------------------- x

**JON KOONES**

                                                                                    Docket No. 2:22-cv-06575-JMV-LDW

                        Plaintiff,

        - against -

**YOTAM KEHATI**

                        Defendant.

--------------------------------------------------------------- x

**ORDER**

    Pursuant to Fed. R. Civ. P. R. 12(b)(1), Defendant's motion to dismiss for lack of subject matter jurisdiction is granted. The matter is dismissed and the Clerk shall mark the matter as closed.

                                                                   _____
                                                                   John Michael Vazquez U.S.D.J.