Andrew J. Dressel, Esq. # 153302016
**DRESSEL/MALIKSCHMITT LLP**
11 E. Cliff Street
Somerville, NJ 08876
Main: 848-202-9323
Fax: 848-204-1580
andrew@dresselmalikschmitt.com
Attorneys for Plaintiff Jon Koones

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| JON KOONES,<br><br>　　　　　　　　　*Plaintiff*,<br><br>　　v.<br><br>YOTAM KEHATI,<br><br>　　　　　　　　　*Defendant*. | Hon. Leda D. Wettre<br><br>Civil Action No. 2:22-cv-06575-JMV-LDW<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL IN ACCORDANCE WITH RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

　　　Pursuant to Rule 41(1)(a) of the Federal Rules of Civil Procedure, Plaintiff Jon Koones hereby dismisses all causes of action in the above-captioned complaint against Defendant Yotam Kehati with prejudice.

　　　Defendant has not filed an answer to the complaint or a motion for summary judgment. Dismissal under Rule 41(a)(1) is therefore appropriate.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Andrew J. Dressel*
　　　　　　　　　　　　　　　　　　　　Andrew J. Dressel
　　　　　　　　　　　　　　　　　　　　DRESSEL/MALIKSCHMITT LLP
　　　　　　　　　　　　　　　　　　　　11 E. Cliff Street
　　　　　　　　　　　　　　　　　　　　Somerville, New Jersey 08901
　　　　　　　　　　　　　　　　　　　　(848) 202-9323
Dated:　　Somerville, New Jersey　　　andrew@dresselmalikschmitt.com
　　　　　　February 22, 2023　　　　　Attorneys for Plaintiff Jon Koones

## CERTIFICATE OF SERVICE

      I hereby certify that on February 22, 2023, I caused a copy of the foregoing Plaintiff's Notice of Dismissal of Complaint to be served on counsel for Defendant in this matter by electronic filing to the Court docket.

                                                */s/ Andrew J. Dressel*
                                                Andrew J. Dressel
                                                DRESSEL/MALIKSCHMITT LLP
                                                Attorneys for Plaintiff Jon Koones