Andrew J. Dressel, Esq. # 153302016
**DRESSEL/MALIKSCHMITT LLP**
11 E. Cliff Street
Somerville, NJ 08876
Main: 848-202-9323
Fax: 848-204-1580
andrew@dresselmalikschmitt.com
Attorneys for Plaintiff Jon Koones

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date:   2/23/2023

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| JON KOONES,<br><br>                                   *Plaintiff,*<br><br>              v.<br><br>YOTAM KEHATI,<br><br>                                   *Defendant*. | Hon. Leda D. Wettre<br><br>Civil Action No. 2:22-cv-06575-JMV-LDW<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL IN ACCORDANCE WITH RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Pursuant to Rule 41(1)(a) of the Federal Rules of Civil Procedure, Plaintiff Jon Koones hereby dismisses all causes of action in the above-captioned complaint against Defendant Yotam Kehati with prejudice.

Defendant has not filed an answer to the complaint or a motion for summary judgment. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

*/s/ Andrew J. Dressel*
Andrew J. Dressel
DRESSEL/MALIKSCHMITT LLP
11 E. Cliff Street
Somerville, New Jersey 08901
(848) 202-9323
andrew@dresselmalikschmitt.com
Attorneys for Plaintiff Jon Koones

Dated:        Somerville, New Jersey
              February 22, 2023

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2023, I caused a copy of the foregoing Plaintiff's Notice of Dismissal of Complaint to be served on counsel for Defendant in this matter by electronic filing to the Court docket.

/s/ *Andrew J. Dressel*
Andrew J. Dressel
DRESSEL/MALIKSCHMITT LLP
Attorneys for Plaintiff Jon Koones